NEW YORK WATER COMPANY, Respondent, *v.* ELIZABETH H. CROW, Defendant.

AMERICUS F. CALLAHAN et al., Appellants, Impleaded with Others.

*New York Water Co.* v. *Crow,* 110 App. Div. 32, affirmed.
(Argued December 10, 1906; decided January 8, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

January 6, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to establish a trust in certain premises which had been conveyed to defendants Crow.

*John J. Crawford* and *Arthur C. Hume* for appellants.

*William C. Prime* and *Henry H. Pierce* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.